**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

NOV 2 2 2024

TAMMY H. DOWNS, CLERK
By:_____
        DEP CLERK

## In the United States District Court
### Western District Of Arkansas
### _____ Division

Eduardo Lopez-Mendoza
#173716

*(In the space above enter your full name and Prison ID*
*Number, if any. **Do not include your Social Security Number**).*

-against-

Dr. Guy Henry

Wellpath LLC

_____

_____

_____

*(In the space above enter the full name of each Defendant)*

**Case**

**No.** 4:24-cv-01018-JM-PSH
(To be filled out by Clerk's
Office only)

## COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

---

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness
statements, or any other materials to your Complaint. Any
materials other than the Complaint will be returned to you
unfiled by the Clerk's Office.

---

## I.    PLAINTIFF INFORMATION

Eduardo Lopez Mendoza
Name (First, Middle, Last)                    Aliases

#173716
Prisoner ID #, if any

Ouachita River Unit -ADC
Place of Detention or Incarceration

This case assigned to District Judge Moody
Page and to Magistrate Judge Harris

P.O. Box 1630   Malvern , AR.   72104
Address *(If detained, facility address)*

Hot Springs County - Malvern   AR.              72104
County, City                    State           Zip Code

## II.    PRISONER STATUS

*Check all boxes that apply to you:*

☐ Pretrial detainee (in custody pending new charges)

☑ Convicted and serving a sentence. Provide Date of Conviction ___2018___.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other. Explain.

_____

_____

—

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:      Henry , Guy
                  Name (Last, First)

                  Doctor
                  Current Job Title

                  Ouachita River Unit ADC
                  Current Work Address

                  Hot Springs County - Malvern , AR        72104
                  County, City                State        Zip Code

Defendant 2:      Wellpath LLC.
                  Name (Last, First)

_Medical Provider_
Current Job Title

_Ouachita River Unit ADC_
Current Work Address

_Hot Springs, Malvern,_    _AR_      _72104_
County, City             State        Zip Code


Defendant 3: _____

Name (Last, First)


Current Job Title


Current Work Address


County, City          State         Zip Code


Defendant 4: _____

Name (Last, First)


Current Job Title


Current Work Address


County, City          State         Zip Code

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of
occurrence:     During an infirmary visit at Ouachita River Unit.

Date(s) of occurrence:  8/27/24 @ approximately 3pm.

Name of Each Defendant Involved:

Dr. Guy Henry
Wellpath LLC.

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Denial of medical care and discrimination
Federal Statutory rights
Hippa

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:      On 8/27/24 I went to the infirmary to
be seen by Dr. Henry, an employee of Wellpath
LLC. During this medical visit with Dr.
Henry I was attempting to communicate
with Dr. Henry concerning my health issue.
Dr. Henry asked me "How long have you been

**What happened to you?**

in the United States?" I answered Dr. Henry's
question at which time Dr. Henry told me
" you can go, come back when you learn english."
Dr. Henry then walked over to a nurse and
stated "Mr. Lopez does not speak english,
I don't need to see him." Dr. Henry refused to
see me so I filed a grievance. Then on 8-28-24
Dr. Henry called me back to the infirmary at which
time Dr. Henry asked another inmate to accompany
him to interpret. I told Dr. Henry I didn't want
another inmate to know my medical information but
Dr. Henry denied my objection violating the HIPPA.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐    Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐    Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑    Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Whether written or daily routine, Wellpath LLC
allows non-medical personnel to attend medical
visits. This is a HIPPA violation and I asked
for it to stop yet Dr. Henry refused.
Also I was denied medical attention due to
the language I speak.

**Claim Number 2:**

Place(s) of
occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated*:

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| | |
|---|---|
| **What happened to you?** | _____<br>_____<br>_____ |
| **Who did what?** | _____<br>_____<br>_____ |
| **How were you injured?** | _____<br>_____<br>_____ |

_____
_____
_____
_____
_____

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐      Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐      Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐      Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____

_____

_____

_____

_____

_____

**Claim Number 3:**

Place(s) of
occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| | |
|---|---|
| **What happened to you?** | _____ |
| **Who did what?** | _____ |
| **How were you injured?** | _____ |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐      Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐      Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐      Both Official and Individual capacity

*__If you are asserting an official capacity claim,__ please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____

_____

_____

_____

_____

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☐ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I'm asking for compensatory demages. I'm asking in good faith that this Court determine a fair and just amount when that time comes.

Also I'm seeking punitive damages to be set by this Court to deter further HIPPA violations and discrimination —

_____

_____

_____

_____

_____

_____

_____

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a     ☐ Yes     ☑ No
prisoner?

      If yes, how many? _____

Have you brought any other lawsuits in state or federal Court **dealing with**     ☐ Yes     ☑ No
**the same facts as this case**?

      If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

11/19/24
Dated

Plaintiff's Signature

Eduardo Lopez - Mendoza
Printed Name (First, MI, Last)

# 173716
Prison Identification #, if any.

P.O. Box 1630          Malvern          AR          72104
Prison Address          City          State          Zip Code

Eduardo Lopez # 173716
P.O. Box 1630
Malvern, AR. 72104.



quadient
FIRST-CLASS MAIL
IMI
$001.25 ℺
11/20/2024 ZIP 72104
043M31260537
US POSTAGE

Clerk of Court
600 West Capitol Avenue, Suite A-149
Little Rock, AR. 72201

Legal
Mail!