IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDUARDO LOPEZ-MENDOZA                                                                      PLAINTIFF

v.                              Civil No. 6:24-cv-06153-SOH-MEF

DR. GUY HENRY (Doctor, Ouachita River
Unit, ADC) and
WELLPATH LLC (Medical Provider,
Ouachita River Unit, ADC)                                                                  DEFENDANTS

**ORDER**

The Defendant Wellpath has filed for bankruptcy in the Southern District of Texas, Houston Division, Case No. 24-90533. While Wellpath has not filed a notice of bankruptcy in this case, the bankruptcy has been filed and the automatic stay is in place. In an Amended Interim Order Enforcing the Automatic Stay entered by the Honorable Alfredo R. Perez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division, on November 12, 2024, the Stay was extended to Non-Debtor Defendants. For this reason, this case is **STAYED** and **ADMINISTRATIVELY TERMINATED.**

The **Clerk is directed to file in this case a copy of the notice of bankruptcy filed in Caldwell v. Bowers, et al., Civil No. 6:24-cv-06051 (ECF No. 63).**

IT IS SO ORDERED this 13th day of December 2024.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

1