IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDUARDO LOPEZ-MENDOZA                                                              PLAINTIFF

v.                      Civil No. 6:24-cv-06153-SOH-MEF

DR. GUY HENRY and
WELLPATH LLC                                                       DEFENDANTS

**ORDER**

On December 13, 2024 this case was stayed due to the Bankruptcy of Wellpath Holdings, Inc. ("Wellpath"). Wellpath's Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by has been confirmed, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, *see In Re Wellpath Holdings, Inc.*, No. 24-90533 (Bankr. S.D. Tx. May 1, 2025) (ECF No. 2596). For this reason, it is **ORDERED** that:

1. The stay in this matter is **LIFTED.**

2. The Clerk is **DIRECTED** to remove the **STAYED** flag from this case.

3. **Within twenty-one (21) days of entry of this Order,** Plaintiff is **DIRECTED** to complete the form attached to this Order and return it to the Court for filing or submit an equivalent declaration as to:

    a. Whether **prior to April 7, 2025, you submitted** a Proof of Claim to the United States Bankruptcy Court for the Southern District of Texas or to Wellpath's Claims Agent[1]; or

---

[1] Epiq Corporate Restructuring, LLC, is the Claims and Solicitation Agent for Wellpath, and was designated to receive Proofs of Claim, ballots, and other communications affecting claims against Wellpath and its employees. *See In re Wellpath*, No. 24-90533, ECF No. 776 at 7-8; ECF No. 1867 at 14-15.

1

      b. Whether **prior to July 30, 2025**, **you submitted** any of the following to Wellpath, its Claims Agent, or the Bankruptcy Court:

          i. an objection to the Automatic Stay or motion for relief from the Automatic Stay;

          ii. an objection to confirmation of Wellpath's Chapter 11 plan; and/or

          iii. a ballot or other communication affirmatively expressing an intent to opt out of the Third-Party Release.[2]

4. Alternatively, Plaintiff may submit a notice of voluntary dismissal as to any claims against Dr. Guy Henry and Wellpath LLC.[3]

5. The Court expresses no opinion on the merits of Plaintiff's claims.

6. Failure to comply with this Order shall result in the dismissal of this case.

IT IS SO ORDERED this 6th day of June 2025.

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

---

[2] Absent any information that Plaintiff has opted out of the Third-Party Releases or otherwise taken action in the Bankruptcy Court, the claims against Dr. Guy Henry and Wellpath LLC **may be barred** by the injunction contained in the confirmed Chapter 11 Plan. *See* Ch. 11 Plan, Art. IX, *In re Wellpath*, No. 24-90533, ECF No. 2596 at 128-136; *see also* 11 U.S.C. §§ 524(a); 1123(b)(6); 1141(a), (d).

[3] Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides in pertinent part that "the plaintiff may dismiss an action without a court order by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Plaintiff should be mindful of the statute of limitations if he is considering dismissal. Claims brought pursuant to 42 U.S.C. § 1983 are subject to the state statute of limitations for personal injury actions, which in Arkansas is three years. *See Wallace v. Kato*, 549 U.S. 384, 387 (2007); Ark. Code Ann. § 16-56-105(3).

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDUARDO LOPEZ-MENDOZA                                                              PLAINTIFF

v.                       Civil No. 6:24-cv-06153-SOH-MEF

DR. GUY HENRY and
WELLPATH LLC                                                                       DEFENDANTS

## **DECLARATION**

I, _____, am the Plaintiff in this action, and I declare the following are true statements.

1. **Prior to April 7, 2025**, I submitted a Proof of Claim to the United States Bankruptcy Court for the Southern District of Texas or to Wellpath's Claims Agent.

	**YES** ☐                                                                      **NO** ☐

2. **Prior to July 30, 2025**, I submitted **one or more** of the following to Wellpath, its Claims Agent, or the Bankruptcy Court: **(i)** an objection to the Automatic Stay or motion for relief from the Automatic Stay; **(ii)** an objection to confirmation of Wellpath's Chapter 11 plan; and/or **(iii)** a ballot or other communication affirmatively expressing an intent to opt out of the Third-Party Release.

	**YES** ☐                                                                      **NO** ☐

3. Please explain your answer:

_____

_____

_____

_____

3

4. I have settled this case with Wellpath and/or its employees [insert name of employees].

      **YES** ☐          **NO** ☐

If you answered yes, please list the Defendants who you reached a settlement with:

_____

_____

_____

_____

_____

| | |
|---|---|
| _____ | _____ |
| **Signature** | **Date** |

_____
**Full Name**