IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDUARDO LOPEZ-MENDOZA                                                                                    PLAINTIFF

v.                            Civil No. 6:24-cv-06153-SOH-MEF

DR. GUY HENRY, Doctor, Ouachita River Unit,
ADC; and WELLPATH LLC, Medical Care Provider,
Ouachita River Unit, ADC                                                                              DEFENDANTS

## ORDER

Wellpath's Plan of Reorganization under Chapter 11 of the Bankruptcy Code has been confirmed, by the United States Bankruptcy Court for the Southern District of Texas, Houston Division, *see In Re Wellpath Holdings, Inc.*, No. 24-90533 (Bankr. S.D. Tx. May 1, 2025) (ECF No. 2596).

All claims against the Wellpath company have been discharged subject to the distribution, rights, and treatment provided in the Plan. For this reason, any claims against **Wellpath or its employees in their official capacity may not proceed in this Court**.

As part of the Bankruptcy, incarcerated individuals who suffered personal injury were given a period of 90-days to opt-out of the Third-Party Release and **preserve their individual capacity claims against employees of Wellpath**. **Unless you opt-out you may waive your right to bring claims against Dr. Guy Henry.** The opt-out period **ends on July 30, 2025**. You should have received a **Notice** of about the Opt-Out period along with an **Opt-Out form** and instructions on where to send the form, by first class mail to Wellpath Holdings, Inc. c/o Epiq Ballot Processing, P.O. Box 4422, Beaverton, OR 97076-4422.

If you do not have the form, **by no later than July 30, 2025,** you may submit a handwritten **Notice of Opt-Out** indicating you want to opt-out of the Third-Party Release set forth in Article IX.D

1

of the Plan.  Any Notice of Opt-Out should include the Bankruptcy Case No. 24-90533, and the name Wellpath Holdings, Inc., et al., at top of the document and be sworn to under penalty of perjury. The Notice of Opt-Out should be sent to the following:

(1) the Bankruptcy Court of the Southern District of Texas, Houston Division to be filed. The address of the Clerk of the Bankruptcy Court is Nathan Ochsner, Clerk of Court, P.O. Box 61010, Houston, TX 77208; and

(2) Send a copy of the Notice of Opt-Out to Wellpath Holdings, Inc. c/o Epiq Ballot Processing, P.O. Box 4422, Beaverton, OR 97076-4422.

To determine how to proceed with the case, Plaintiff is directed to answer these questions by checking the appropriate box:

1. Did you opt out of the Plan's Third-Party Release by filing a Notice of Opt-Out in the Bankruptcy Court?   Yes ☐   No ☐

   If you answered yes to this question, you need not answer question 2

2. Do you plan to opt out of the Plan's Third-Party Release by filing a Notice of Opt-Out with the Bankruptcy Court?   Yes ☐   No ☐

Plaintiff is given until **July 30, 2025**, to respond to this Order.   Failure to respond to this Order shall result in the dismissal of this case.

IT IS SO ORDERED this 3rd day of July 2025.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE