US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

SEP 0 2 2025

Ronald E. Dowling
By_____
Deputy Clerk

# In The United States District Court
## Western District of Arkansas
## Western Division

**Eduardo Lopez-Mendoza #173716**　　　　　　　　　　　　　**Petitioner**

**VS**　　　**Case No: 6:24-CV-06153-SOH-MEF**

**Dr. Guy Henry, et al**　　　　　　　　　　　　　　　　　　**Respondent**
**Wellpath, LLC**

### Response to Show Cause Order – Failure to Obey Order

Petitioner/Appellant, Eduardo Lopez-Mendoza, ADC#173716, requests that the Court reissue the doeument(s) attached to "Document 13", "Order Directing Pleading to Be Filed" dated July 3, 2025.

The Petitioner/Appellant asserts that:

1. The documents requested were in the possession of the jailhouse attorney assisting him with his case, whom was hospitalized, thus rendering him no access to the document(s) in question.

2. The document(s) are not accessible to him at this time, thus preventing him from complying with the previous order directing him to respond.

3. That having not been appointed counsel, and his English being at a less than acceptable level to understand the received filings, has prevented him from being able to properly understand, decipher, and articulate his needs. Thus, the reason for his use of a jailhouse attorney and his recent Motion to Appoint Counsel.

1

4. This was not a willful act against the Honorable Mark E. Ford and his court, but a consequence of the special circumstance of this petitioner. The process is straining on an inmate, in the common sense, but for an inmate with no legal knowledge and limited ability to comprehend English, this process is even more difficult. Thus, the unintended consequence of missing said deadline.

5. Currently the Petitioner is utilizing the assistance of available legal aid and will be brought into compliance with the Court's orders until counsel can be appointed.

WHEREFORE, the Petitioner prays that the Court will provided a new docket sheet, copies of the aforementioned document(s), and will grant an extension to the deadline for a response to the Show Cause Order – Failure to Obey Order, thus allowing the Petitioner to comply.

Respectfully Submitted,

Eduardo Lopez-Mendoza
ADC# 173716
Arkansas Department of Correction
Wrightsville Unit
PO Box 1000
Wrightsville, AR 72183

## Certificate of Service

I, Eduardo Lopez-Mendoza Plaintiff, do hereby certify that I have on this 27th day of August, 20 25, mailed a copy of the above Petition to Defendant, Dr Guy Henry et al, at Malvern ADC (Ouachita River Unit), AR, in the United States mail with sufficient postage.

_____
Plaintiff

## Notary

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 27th day of August, 20 25.

_____
Notary Public

My Commission Expires: June 20, 2031

MICHELLE GLOVER
Notary Public - Arkansas
Jefferson County
Commission # 12383219
My Commission Expires Jun 20, 2031

3



LITTLE ROCK AR 720

29 AUG 2025 AM 4 L

Eduardo Lopez-Mendoza #173716
P.O.Box 1000
Wrightsville, AR 72183

United States District Court
Office of the Clerk
30 S. 6th Street, Room 1038
Fort Smith, AR 72901-2437

72901-243763