IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDUARDO LOPEZ-MENDOZA                                                                 PLAINTIFF

v.                                            Case No. 6:24-cv-6153

DR. GUY HENRY and WELLPATH LLC                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Ford recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for being frivolous and failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 17) *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. Further, Plaintiff's Motion to Appoint Counsel (ECF No. 15) is **DENIED AS MOOT**.

Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration. Further, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 16th day of October, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge